FILED IN CHAMBERS
U.S.D.C. Atlanta

APR - 3 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GAIL DORNS,<br><br>　　　Plaintiff,<br>v.<br>THE GUARDIAN PROTECTIVE SERVICE, LLC; BENJAMIN MANER; and KATHERINE MANER,<br><br>　　　Defendants. | CIVIL ACTION NO.<br><br>11:17-cv-0060-ODE |

## ORDER APPROVING SETTLEMENT

This matter is before the Court on a Joint Motion for Approval of Settlement. The Court finds that Plaintiff Gail Dorns' claims include bona fide disputes over compliance with the provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* Upon review of the proposed Settlement Agreement and Mutual Release, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore, it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Motion for Approval of Settlement is **GRANTED.**

2. The Parties' Settlement Agreement and Mutual Release is **APPROVED.**

3. The instant case is **DISMISSED WITH PREJUDICE** and upon entry

1

of this Order, the Clerk of Court is directed to close this case.

4. This Court retains jurisdiction to enforce the terms of the Settlement Agreement and Mutual Release upon motion of either party.

This  3  day of  April , 2018.

_____
Hon. Orinda D. Evans
Sr. United States District Judge